THEODORE OLKOWSKI et ux., complainants-appellants,

*v.*

STANDARD FIRE INSURANCE COMPANY et al., defendants-respondents.

[Submitted May 29th, 1931.   Decided February 1st, 1932.]

On appeal from decree advised by Vice-Chancellor Buchanan, who filed the following memorandum:

"The defendants' [*sic,* read 'complainants'] bill is filed to set aside an award of arbitrators fixing a fire insurance loss, and alleging fraud and mistake.   The proofs fail to show any fraud or mistake or other ground for setting aside the award.   The bill will be dismissed with costs and counsel fee."

*Mr. Augustine V. Gribbin,* for the appellants.

*Mr. Huston Dixon,* for the respondents.

PER CURIAM.

The decree under review will be affirmed, for the reasons stated in the memorandum of Vice-Chancellor Buchanan.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ.   15.

*For reversal*—None.